UNITED ELECTRIC LIGHT & POWER CO., Respondent, v. GRAND CENTRAL REAL-ESTATE & INVESTMENT CO., Appellant. (Supreme Court, Appellate Term. December 31, 1900.) Action by the United Electric Light & Power Company against Grand Central Real-Estate & Investment Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Foster & Speir, for appellant. G. W. Simpson, for respondent.

PER CURIAM. In this case, although the contract was made in the names of Tiernan & Somers, it was so made at the request of and for the benefit of the defendant, in order to enable it to get the increased discount. Credit was not given to Tiernan & Somers, but was given to the defendant. The earlier bills appear to have been paid by the defendant. This is not a case of one giving credit to a disclosed principal. Judgment affirmed, with costs.

UTICA CITY NAT. BANK, Respondent, v. PUTNAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by the Utica City National Bank against Susan P. Putnam. No opinion. Judgment and order affirmed, with costs.

VAN BEUREN et al., Appellants, v. D'AZEVEDO et al., Respondents. (Supreme Court, Appellate Term. December 26, 1900.) Action by Alfred Van Beuren and others against Jacob C. D'Azevedo and others. From an order of the general term, affirming an order dismissing the complaint as to defendant De Ageoedo, plaintiffs appeal. Affirmed. Mayer & Gilbert, for appellants. Forster & Speir, for respondents.

PER CURIAM. The court below had undoubted power to make the order appealed from, and we see no reason for interfering therewith. Order affirmed, with costs.

VANSON v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by William Vanson against the Metropolitan Street-Railway Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 677.

VAN VALKENBURGH, Respondent, v. FRENCH, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by James K. Van Valkenburgh against Minerva French. No opinion. Judgment and order affirmed, with costs.

VEREINIGTE PINSEL-FABRIKEN v. ROGERS. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by the Vereinigte Pinsel-Fabriken against John Bard Rogers. No opinion. Motion denied, with $10 costs. See 65 N. Y. Supp. 478.

VILLAGE OF CATO, Respondent, v. WORMOUTH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by the village of Cato against William Wormouth. No opinion. Judgment affirmed, with costs.

VINCENT, Appellant, v. MAUTERSTOCK, Respondent. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Wellington Vincent against Albert Mauterstock. No opinion. Judgment and order unanimously affirmed, with costs.

VORHIS, Appellant, v. ELIAS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Albert H. Vorhis against Gabriel Elias and others. W. C. Reddy, for appellant. W. E. Benjamin, for respondents. No opinion. Judgment affirmed, with costs, on opinion of court below. 56 N. Y. Supp. 134.

WAGSTAFF, Appellant, v. MARCY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Emily Wagstaff against Fidelia March and others. L. Bronner, for appellant. B. N. Cardozo, for respondents. No opinion. Judgment affirmed, with costs.

WAIT & BARTLETT MFG. CO., Appellant, v. MORTON, Respondent. (Supreme Court, Appellate Term. January 2, 1901.) Action by the Wait & Bartlett Manufacturing Company against William J. Morton. From a judgment for defendant, plaintiff appeals. Affirmed. Robinson & Robinson, for appellant. Theall & Beam, for respondent.

PER CURIAM. The judgment shows that the learned justice believed the defendant's evidence that there had not been an account stated. As the record fails to disclose that he was in error in doing so, the judgment is affirmed, with costs.

WALDMULLER et al., Respondents, v. BROOKLYN UNION EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by John P. Waldmuller and another against the Brooklyn Union Elevated Railroad Company and others. No opinion. Judgment affirmed, with costs.

WARD v. CITY OF TROY. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) Action by Johanna Ward against the city of Troy. No opinion. Motion denied. See 66 N. Y. Supp. 925.

WARREN, Respondent, v. CITY OF GLOVERSVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by William Warren against the city of Gloversville. No opinion. Judgment affirmed, with costs.

WATSON, Respondent, v. NOBLETT, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Walter S. Watson against E. Arden